CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Luis Abraham Avila Quiros**<br>DOB: 2000; U.S. Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**20-02975MJ** |

Complaint for violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 11, 2020, at or near Whetstone, in the District of Arizona, **Luis Abraham Avila Quiros** did knowingly and intentionally possess with intent to distribute 50 kilograms or more of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 11, 2020, **Luis Abraham Avila Quiros**, who was driving a grey Nissan Versa, approached the Border Patrol immigration checkpoint located on State Route 90 near Whetstone in the district of Arizona. Border Patrol Agents (BPAs) noticed that **Quiros'** voice was jittery or shaky as he was answering questions. BPAs asked and were granted consent by **Quiros** to inspect the trunk of the vehicle. As a BPA approached the rear of the vehicle and opened the trunk lid, the BPA found six large rectangular packages wrapped on brown packing tape. A representative sample of the contents of the packages tested positive for the characteristics of marijuana. The marijuana had a total weight of 58.6 kilograms.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

DETENTION REQUESTED
  Being duly sworn, I declare that the foregoing is
  true and correct to the best of my knowledge.
JS2/PL
AUTHORIZED AUSA *Julie Sottosanti*

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
Border Patrol Agent
Pedro Leon

Sworn to telephonically.

SIGNATURE OF MAGISTRATE JUDGE
*Leslie A. Bowman*

DATE
August 12, 2020

1) See Federal rules of Criminal Procedure Rules 3, 4.1 and 54